**CENTURY LAW GROUP LLP**
Edward O. Lear, State Bar No. 132699
Rizza Gonzales, State Bar No. 268118
5200 W. Century Boulevard, Suite 345
Los Angeles, California 90045
Telephone: (310) 642-6900
Facsimile: (310) 642-6910

Attorneys for Plaintiff
KRISTEN ROLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTEN ROLAND, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.;<br><br>    Defendants. | Case No.: 3:12- CV-01061-JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION TO PERMIT PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE**<br><br>(Civil L.R. 7-11)<br><br>Date:    June 1, 2012<br>Time:    3:30 p.m.<br>Courtroom.:    11 |

---

1

|   |   |
|---|---|
| 1 | Plaintiff's Motion to Permit Plaintiff's Counsel to Appear By Telephone at the Case Management Conference came before the Honorable Jeffrey S. White of the above-captioned Court. After considering the Motion to Appear By Telephone and good cause appearing, |

Plaintiff's Motion to Permit Plaintiff's Counsel to Appear By Telephone at the Case Management Conference came before the Honorable Jeffrey S. White of the above-captioned Court. After considering the Motion to Appear By Telephone and good cause appearing,

IT IS HEREBY ORDERED that Rizza Gonzales shall be permitted to appear by telephone at the case management conference currently scheduled for June 1, 2012, at 3:30 p.m. **Plaintiff's counsel shall file a notice of a landline at which they may be reached by May 30, 2012.**

DATED: May 29, 2012

_____
The Honorable Jeffrey S. White

2

**PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY**