1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   KRISTEN ROLAND,

10             Plaintiff,                          No. C 12-01061 JSW

11      v.                                         **ORDER REQUIRING JOINT
                                                   STATUS REPORT RE**
12   EXPERIAN INFORMATION SOLUTIONS,               **SETTLEMENT AND DISMISSAL**
     INC., ET AL.,
13
               Defendants.
14
     _____/
15

16          The Court has received the certification of ADR session dated September 7, 2012, in

17   which the mediator reported that the case had fully settled.  There has been no further action

18   taken in this case since that date, and the parties have not filed a dismissal.

19          Accordingly, it is HEREBY ORDERED that the parties shall submit a joint status report

20   by no later than January 15, 2013, advising the Court on the current status of settlement

21   proceedings and when they expect to file a dismissal.  If a dismissal is filed on or before that

22   date, the parties need not file the status report.

23          **IT IS SO ORDERED.**

24   Dated: January 8, 2013            _____

25                                     JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE
26

27

28

*United States District Court*
For the Northern District of California