**CENTURY LAW GROUP LLP**
EDWARD O. LEAR, State Bar No. 132699
RIZZA GONZALES, State Bar No. 268118
5200 W. Century Blvd. #345
Los Angeles, CA 90045
Phone (310) 642-6900
Fax (310) 642-6910

Attorney for Plaintiff
KRISTEN ROLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTEN ROLAND, an individual, | CASE NO. 3:12- CV-01061-JSW |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | AND ORDER THEREON |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; | **Honorable Judge Jeffrey S. White** |
| Defendants. | |

Pursuant to the Court's Order dated January 8, 2013, the parties hereby submit their Joint Status Report:

Plaintiff has reached a substantive settlement as to each Defendant in the above-captioned matter.

Plaintiff anticipated it will take an additional thirty (30) days to finalize the settlement as to each Defendant.

The Parties respectfully request that the Court grant until February 15, 2013, for the Parties to file their respective Stipulations for Dismissal.

| | | |
|---|---|---|
| 1 | Dated: January 15, 2013 | **CENTURY LAW GROUP LLP** |
| 2 | | |
| 3 | | By: /s/Rizza Gonzales |
| 4 | | EDWARD O. LEAR<br>RIZZA GONZALES |
| 5 | | Attorneys for Plaintiff<br>Kristen Roland |
| 6 | | |
| 7 | Dated: January 15, 2013 | **SCHUCKIT & ASSOCIATES PC** |
| 8 | | |
| 9 | | By:/s/Laura Rang |
| 10 | | LAURA RANG<br>Attorneys for Defendant |
| 11 | | Trans Union LLC |
| 12 | | |
| 13 | Dated: January 15, 2013 | **JONES DAY** |
| 14 | | |
| 15 | | By:/s/Katherine A. Klimkowski<br>KATHERINE A. KLIMKOWSKI |
| 16 | | Attorneys for Defendant<br>Experian Information Solutions, Inc. |
| 17 | | |
| 18 | Dated: January 15, 2013 | **NOKES & QUINN** |
| 19 | | |
| 20 | | By:/s/Thomas P. Quinn |
| 21 | | THOMAS P. QUINN<br>Attorneys for Defendant |
| 22 | | Equifax Information Solutions, LLC |

The parties shall file dismissals or a further status report on February 15, 2013.

January 16, 2013

*/s/ Jeffrey S. White/*

**JOINT STATUS REPORT**

Page 2 of 2