1    Laura K. Rang, Esq. (IN #26238-49-A)
     (admitted *Pro Hac Vice*)
2    Richard W. Barrett, Esq. (IN #29149-64)
     (admitted *Pro Hac Vice*)
3    Sandra L. Davis, Esq. (IN #27803-53)
     (admitted *Pro Hac Vice*)
4    Schuckit & Associates, P.C.
     4545 Northwestern Drive
5    Zionsville, IN  46077
     Telephone:  317-363-2400
6    Fax:  317-363-2257
     E-Mail:  lrang@schuckitlaw.com
7            rbarrett@schuckitlaw.com
            sdavis@schuckitlaw.com
8
     *Lead Counsel for Defendant Trans Union, LLC*
9

10    Michael W. Bien, Esq. (CSB #96891)
     Blake Thompson, Esq. (CSB #255600)
11    Rosen, Bien & Galvan, LLP
     315 Montgomery Street, Tenth Floor
12    San Francisco, CA  94104
     Telephone:  415-433-6830
13    Fax:  415-433-7104
     E-Mail:  mbien@rbg-law.com
14             bthompson@rbg-law.com

15    *Local Counsel for Defendant Trans Union, LLC*

16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KRISTEN ROLAND,<br>       Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, L.L.C.; and EQUIFAX<br>INFORMATION SERVICES, L.L.C.;<br>       Defendants. | CASE NO. 3:12-cv-01061-JSW<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

     Plaintiff Kristen Roland, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: February 12, 2013

*s/ Rizza D. Gonzales (with consent)*
Edward O. Lear, Esq.
Rizza D. Gonzales, Esq.
Century Law Group, LLP
5200 West Century Boulevard, Suite 345
Los Angeles, CA 90045
Telephone: (310) 642-6900
Fax: (310) 642-6910
E-Mail: lear@centurylawgroup.com
gonzales@centurylawgroup.com

*Counsel for Plaintiff*

Date: February 12, 2013

*s/ Laura K. Rang*
Laura K. Rang, Esq. (IN #26238-49-A)
  (admitted *Pro Hac Vice*)
Richard W. Barrett, Esq. (IN #29149-64)
  (admitted *Pro Hac Vice*)
Sandra L. Davis, Esq. (IN #27803-53)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: lrang@schuckitlaw.com
rbarrett@schuckitlaw.com
sdavis@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB #255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415-433-6830
Fax: 415-433-7104
E-Mail: mbien@rbg-law.com
bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:12-CV-01061-JSW**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Kristen Roland and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: February 12, 2013

_____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

Laura K. Rang, Esq.
lrang@schuckitlaw.com

Sandra L. Davis, Esq.
sdavis@schuckitlaw.com

Richard W. Barrett, Esq.
rbarrett@schuckitlaw.com

Edward O. Lear, Esq.
lear@centurylawgroup.com

Rizza Gonzalez, Esq.
gonzalez@centurylawgroup.com

Katherine Klimkowski, Esq.
kaklimkowski@jonesday.com

Stephanie D. Cope, Esq.
scope@kslaw.com

Thomas P. Quinn, Esq.
tquinn@nokesquinn.com