Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN ROLAND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.;<br><br>Defendants. | Case No. CV12-01061 JSW<br><br>[PROPOSED] ORDER FOR STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. is dismissed with prejudice. Plaintiff Kristen Roland and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 13, 2013

_____
HON. JEFFREY S. WHITE

IRI-42352v1