| | |
|---|---|
| 1 | **CENTURY LAW GROUP LLP** |
|   | EDWARD O. LEAR, State Bar No. 132699 |
| 2 | RIZZA GONZALES, State Bar No. 268118 |
|   | 5200 W. Century Blvd. #345 |
| 3 | Los Angeles, CA 90045 |
|   | Phone (310) 642-6900 |
| 4 | Fax (310) 642-6910 |
| 5 | Attorney for Plaintiff |
|   | KRISTEN ROLAND |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTEN ROLAND, an individual, | CASE NO. 3:12- CV-01061-JSW |
| Plaintiff, | STIPULATION FOR DISMISSAL AND ORDER THEREON |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; | **Honorable Judge Jeffrey S. White** |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Kristen Roland and Defendant Equifax Information Services, LLC, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as to Equifax Information Services, LLC, only.

DATED: February 14, 2013

**CENTURY LAW GROUP LLP**

By: /s/Rizza Gonzales
Edward O. Lear
Rizza Gonzales
Attorneys for Plaintiff
Kristen Roland

1 | Dated: February 14, 2013 NOKES & QUINN
2
3 | By:/s/Thomas P. Quinn
4 | THOMAS P. QUINN
Attorneys for Defendant
5 | Equifax Information Solutions, LLC
6
7 | **IT IS SO ORDERED.**
8
9 | DATED: February 15, 2013
10 | _____
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

Page 2 of 2